IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CATHERINE SETTELL, | ) | CASE NO. 8:11-cv-171 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| HARTFORD UNDERWRITERS | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** coming before the Court on the parties' Joint Motion to Amend Order Setting Final Schedule for Progression of Case (#28). The Court being fully advised in the premises, finds that said Motion should be granted.

**IT IS ORDERED** that the parties' Joint Motion (#28) is granted, and the deadlines in the Order Setting Final Schedule for Progression of Case are amended as follows:

**Discovery and Depositions:** June 30, 2012

**Non-Expert Witness List:** August 10, 2012

**Trial Exhibit List:** August 10, 2012

**Motions in Limine:** August 10, 2012

**Pre-Trial Conference:** September 28, 2012 at 10:30 A.M.

**Trial:** October 16, 2012

Dated this 9th day of April, 2012.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge